UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-20035 CR-SEITZ

Case No. _____

46 U.S.C. App. § 1903(j)
46 U.S.C. App. § 1903(a)

UNITED STATES OF AMERICA

v.

GERALDO VALENCIA,
LEONARDO GRANADOS,
MARCIAL CUERO,
JUAN CARLOS ARANGO,
and
GILBERTO JIMENEZ ARIAZ,

**Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 12, 2004, while aboard a vessel subject to the jurisdiction of the United States, with Miami-Dade County, in the Southern District of Florida, being the point of entry where the defendants entered the United States, the defendants,

GERALDO VALENCIA,
LEONARDO GRANADOS,
MARCIAL CUERO,
JUAN CARLOS ARANGO,
and
GILBERTO JIMENEZ ARIAZ,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a



detectable amount of cocaine, in violation of Title 46, United States Code, Section 1903(a); all in violation of Title 46, United States Code, Appendix Sections 1903(j), and 1903(g), and Title 21, United States Code, Sections 960(b)(1)(B).

### COUNT TWO

On or about January 12, 2004, while aboard a vessel subject to the jurisdiction of the United States, with Miami-Dade County, in the Southern District of Florida, being the point of entry where the defendants entered the United States, the defendants,

**GERALDO VALENCIA,
LEONARDO GRANADOS,
MARCIAL CUERO,
JUAN CARLOS ARANGO,
and
GILBERTO JIMENEZ ARIAZ,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, all in violation of Title 46, United States Code, Appendix Sections 1903(a), and 1903(g), and Title 21, United States Code, Section 960(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
fo MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOHN ROBERT BLAKEY
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

GERALDO VALENCIA, ET AL.,

         **Defendants.**      /

CASE NO. 04-20035CR-SEITZ

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)   Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

**Court Division:** (Select One)

- XXX Miami   ____ Key West
- ____ FTL   ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   YES
   List language and/or dialect   SPANISH

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | XXX | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | XXX |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of January 12, 2004
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes X No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ____ Yes X No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes X No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes X No

                _____
                JOHN ROBERT BLAKEY
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 0976910

Penalty Sheet(s) attached                                    REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 20035-CR-SEITZ 

**Defendant's Name:** <u>GERALDO VALENCIA</u>

**Case No:**_____

| Count #: 1 | Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction. |
|---|---|
| | Title 46, United States Code, App. Sections 1903(j) and (g) |
| **\* Max.Penalty:** | Life Imprisonment. |
| Count #: 2 | Possession with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction. |
| | Title 46, United States Code, App. Section 1903(g) |
| **\* Max.Penalty:** | Life Imprisonment. |

Count #:_____

\*Max. Penalty:_____

Count #:_____

\*Max. Penalty:_____

Count #:_____

\*Max. Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

04 - 20035 CR-SEITZ  ANDSTRA

**Defendant's Name:** <u>LEONARDO GRANADOS</u>

**Case No:** _____

Count #: 1    <u>Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.</u>

<u>Title 46, United States Code, App. Sections 1903(j) and (g)</u>

*Max.Penalty:    <u>Life Imprisonment.</u>

Count #: 2    <u>Possession with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.</u>

<u>Title 46, United States Code, App. Section 1903(g)</u>

*Max.Penalty:    <u>Life Imprisonment.</u>

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** MARCIAL CUERO

**Case No:** _____

Count #: 1    Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Sections 1903(j) and (g)

*** Max. Penalty:**  Life Imprisonment.

Count #: 2    Possession with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Section 1903(g)

*** Max. Penalty:**  Life Imprisonment.

Count #: 

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-20035CR-SEITZ 

PENALTY SHEET

**Defendant's Name:** JUAN CARLOS ARANGO

**Case No:** _____

Count #: 1    Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Sections 1903(j) and (g)

**\* Max.Penalty:**    Life Imprisonment.

Count #: 2    Possession with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Section 1903(g)

**\* Max.Penalty:**    Life Imprisonment.

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-20035-CR-SEITZ
MANDSTRA

PENALTY SHEET

**Defendant's Name:** GILBERTO JIMENEZ ARIAZ

**Case No:** _____

Count #: 1      Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Sections 1903(j) and (g)

\* **Max.Penalty:**   Life Imprisonment.

Count #: 2      Possession with intent to distribute five (5) kilograms or more of cocaine aboard a vessel subject to U.S. jurisdiction.

Title 46, United States Code, App. Section 1903(g)

\* **Max.Penalty:**   Life Imprisonment.

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

5

No. 04-20035

Federal Grand Jury
Indictment Number

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

MIAMI Division

THE UNITED STATES OF AMERICA

vs.

GERALDO VALENCIA, ET AL.

## INDICTMENT

46 U.S.C. App. § 1903(j)
46 U.S.C. App. § 1903(a)

A true bill.

_____ Foreman

FGJ 03-05

Filed in open court this Twenty Second day,

of January A.D. 2004

_____ Clerk

Bail, $_____