UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by MAG. SEC.
JAN 2004
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.

UNITED STATES OF AMERICA ]  CASE NUMBER: CR 04-20035-Cr-Seitz
            Plaintiff ]
        -vs-            ]  REPORT COMMENCING CRIMINAL
                        ]              ACTION
                        ]
Granado-Caicedo, Leonardo    70454-004
            Defendant          USMS Number
*********************************************************
TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
*********************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1/12/04          AM _____ PM 10:00

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 21 USC 856 - Consp to Import
Cocaine

(4) UNITED STATES CITIZEN:   ( ) YES  (X) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 9/15/65

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

AMOUNT OF BOND: $ PTD            WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 1/21/04   ARRESTING OFFICER: S/A Kerry Evans
(10) AGENCY: DEA         (11) PHONE: 305-796-2446

(12) COMMENTS: _____